CYNTHIA MELLEMA (State Bar No. 122798)
MICHELLE A. TRUDELLE (State Bar No. 221323)
SONNENSCHEIN NATH & ROSENTHAL LLP
2121 N. California Boulevard, Suite 800
Walnut Creek, CA 94596
Telephone: (925) 949-2600
Facsimile:  (925) 949-2610

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| ANZELLA JONES, | No. C08-00458 JL |
|---|---|
| Plaintiff, | DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |
| vs. | |
| ALLSTATE INSURANCE COMPANY, | |
| Defendant. | |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition, and hereby requests the reassignment of this case to a United States District Judge.

Dated:  February 7, 2008                    SONNENSCHEIN NATH & ROSENTHAL LLP


By _____/s/ Michelle A. Trudelle_____
             Michelle A. Trudelle

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

-1-

CASE NO. C08-00458 JL                                   DECLINATION TO PROCEED BEFORE
                                                        MAGISTRATE JUDGE