# United States District Court
### NORTHERN DISTRICT OF CALIFORNIA

ANZELLA JONES

v.

ALLSTATE INSURANCE COMPANY

SUMMONS IN A CIVIL CASE

CASE NUMBER:

C08-00458 JL

TO: (Name and address of defendant)

ALLSTATE INSURANCE COMPANY
c/o Agent for Process: Jere Keprios
CT Corporation Systems
818 West Seventh Street, 2nd Floor
Los Angeles, California 90017

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

GARY S. ROSE, #83744
FLYNN, ROSE & PERKINS
59 North Santa Cruz Avenue, Suite Q
Los Gatos, California 95030
(408) 399-4566
(408) 399-6683 - Fax

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE JAN 2 2

CYNTHIA LENAHAN
(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 1/30/2008 |
| NAME OF SERVER *(PRINT)* YOLANDA CARRENO | TITLE CALIFORNIA REGISTERED PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served:
CT CORPORATION SYSTEM BY SERVING MARGARET WILSON, AUTHORIZED AGENT FOR SERVICE FOR ALLSTATE INSURANCE COMPANY- 818 W. 7TH STREET, LOS ANGELES, CA 90017

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___1/30/2008___     *Yolanda Carreno*
                Date                            *Signature of Server*

5730 UPLANDER WY. # 101, CULVER CITY, CA
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.