UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANZELLA JONES

       Plaintiff(s),    No. 08-00458 JL

  v.    NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE

ALLSTATE INSURANCE COMPANY

       Defendant(s).
_____/

    The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

**XX**  (1)  One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

    (2)  One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

    The **CASE MANAGEMENT CONFERENCE** previously scheduled for April 30, 2008 at 10:30 a.m. on Magistrate Judge Larson's calendar will **NOT** be held.

Dated: February 8, 2008

                              Richard W. Wieking, Clerk
                              United States District Court

                              _____
                              By: Wings Hom, Deputy Clerk

reassig1.DCT                              1