**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____

www.cand.uscourts.gov

Richard W. Wieking                                                                                       General Court Number
Clerk                                                                                                                         415.522.2000

**February 12, 2008**

**CASE NUMBER:  CV 08-00458 JL**
**CASE TITLE:  ANZELLA JONES-v-ALLSTATE INSURANCE COMPANY**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **Oakland** division.

**Honorable Claudia Wilken** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **CW** immediately after

the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 2/12/08

FOR THE EXECUTIVE COMMITTEE:

_____*Richard W. Wieking*_____
                                                                                            Clerk


NEW CASE FILE CLERK:

| Copies to: Courtroom Deputies | Special Projects |
| Log Book Noted | Entered in Computer 2/12/08ha |

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                         Transferor CSA