CYNTHIA MELLEMA (State Bar No. 122798)
MICHELLE A. TRUDELLE (State Bar No. 221323)
SONNENSCHEIN NATH & ROSENTHAL LLP
2121 North California Blvd., Suite 800
Walnut Creek, CA 94596
Telephone: (925) 949-2600
Facsimile: (925) 949-2610

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANZELLA JONES,<br><br>            Plaintiff,<br><br>     vs.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>            Defendant. | Case No. C08-00458 CW<br><br>STIPULATION EXTENDING TIME FOR DEFENDANT ALLSTATE INSURANCE COMPANY TO RESPOND TO COMPLAINT |

-1-

Case No. C08-00458 CW                    STIPULATION EXTENDING TIME FOR DEFENDANT ALLSTATE
                                         INSURANCE COMPANY TO RESPOND TO COMPLAINT

Pursuant to Civil Local Rule 6.1 of the United States District Court for the Northern District of California, Plaintiff ANZELLA JONES and Defendant ALLSTATE INSURANCE COMPANY, by and through their respective counsel, hereby stipulate and agree to the following:

Defendant ALLSTATE INSURANCE COMPANY shall have an extension of time to and through March 4, 2008 in which to respond to Plaintiff's Complaint in the above-captioned action. No previous extensions have been granted.

FILER'S ATTESTATION:

Pursuant to General Order No. 45, section X(B) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

DATED: February 15, 2008     By: _____/s/ MICHELLE TRUDELLE_____
                                  MICHELLE TRUDELLE

DATED: February 15, 2008     SONNENSCHEIN NATH & ROSENTHAL LLP

                             By: _____/s/ MICHELLE TRUDELLE_____
                                  MICHELLE TRUDELLE
                             Attorneys for Defendant
                             ALLSTATE INSURANCE COMPANY

DATED: February 15, 2008     FLYNN, ROSE AND PERKINS

                             By: _____/s/ GARY ROSE_____
                                  GARY ROSE
                             Attorneys for Plaintiff
                             ANZELLA JONES

---

-2-

Case No. C08-00458 CW     STIPULATION EXTENDING TIME FOR DEFENDANT ALLSTATE INSURANCE COMPANY TO RESPOND TO COMPLAINT