UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ANZELLA JONES
          Plaintiff(s),

v.

ALLSTATE INSURANCE COMPANY
          Defendant(s).
_____/

CASE NO. C08-00458 CW

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
☐ Non-binding Arbitration (ADR L.R. 4)
☒ Early Neutral Evaluation (ENE) (ADR L.R. 5)
☐ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
☐ Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
☒     the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

☐     other requested deadline _____

Dated: April 8, 2008

                                                              Attorney for Plaintiff
                                                              ANZELLA JONES

Dated: April 9, 2008

                                                              Attorney for Defendant
                                                              ALLSTATE INSURANCE COMPANY

American LegalNet, Inc.
www.USCourtForms.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ANZELLA JONES     CASE NO. C08-00458 CW
        Plaintiff(s),

v.     STIPULATION AND [PROPOSED]
    ORDER SELECTING ADR PROCESS
ALLSTATE INSURANCE
COMPANY
        Defendant(s).
                                        /

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
☐ Non-binding Arbitration (ADR L.R. 4)
☒ Early Neutral Evaluation (ENE) (ADR L.R. 5)
☐ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
☐ Private ADR (*please identify process and provider*) _____

_____

The parties agree to hold the ADR session by:
☒ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

☐ other requested deadline _____

Dated: April __, 2008                _____
                                       Attorney for Plaintiff
                                       ANZELLA JONES
Dated: April 9, 2008                /s/ Michelle Trudelle
                                       Attorney for Defendant
                                       ALLSTATE INSURANCE
                                       COMPANY

American LegalNet, Inc.
www.USCourtForms.com

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- ☐ Non-binding Arbitration
- ☒ Early Neutral Evaluation (ENE)
- ☐ Mediation
- ☐ Private ADR

Deadline for ADR session
- ☒ 90 days from the date of this order.
- ☐ other _____

IT IS SO ORDERED.

Dated: _____

_____
UNITED STATES DISTRICT JUDGE
Hon. Claudia Wilken

American LegalNet, Inc.
www.USCourtForms.com