UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ANZELLA JONES                                   CASE NO. C08-00458 CW
          Plaintiff(s),

v.                                              STIPULATION AND [PROPOSED]
                                                ORDER SELECTING ADR PROCESS
ALLSTATE INSURANCE
COMPANY
          Defendant(s).
_____/

     Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

    **Court Processes:**
    ☐ Non-binding Arbitration (ADR L.R. 4)
    ☒ Early Neutral Evaluation (ENE)  (ADR L.R. 5)
    ☐ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

    **Private Process:**
    ☐ Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
    ☒ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    ☐ other requested deadline _____

Dated: April 8, 2008

                                                                 Attorney for Plaintiff
                                                                 ANZELLA JONES

Dated: April 9, 2008

                                                                 Attorney for Defendant
                                                                 ALLSTATE INSURANCE
                                                                 COMPANY

American LegalNet, Inc.
www.USCourtForms.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ANZELLA JONES

            Plaintiff(s),

        v.

ALLSTATE INSURANCE COMPANY

            Defendant(s).
_____/

CASE NO. C08-00458 CW

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
☐ Non-binding Arbitration (ADR L.R. 4)
☒ Early Neutral Evaluation (ENE)   (ADR L.R. 5)
☐ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
☐ Private ADR (*please identify process and provider*) _____

The parties agree to hold the ADR session by:
☒ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

☐ other requested deadline _____

Dated: April __, 2008

Dated: April 9, 2008

Attorney for Plaintiff
ANZELLA JONES
/s/ Michelle Trudelle
Attorney for Defendant
ALLSTATE INSURANCE COMPANY

American LegalNet, Inc.
www.USCourtForms.com

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- ☐ Non-binding Arbitration
- ☒ Early Neutral Evaluation (ENE)
- ☐ Mediation
- ☐ Private ADR

Deadline for ADR session
- ☒ 90 days from the date of this order.
- ☐ other _____

IT IS SO ORDERED.

Dated: 4/14/08

*/s/ Claudia Wilken*

UNITED STATES DISTRICT JUDGE
Hon. Claudia Wilken

American LegalNet, Inc.
www.USCourtForms.com