CYNTHIA L. MELLEMA (State Bar No. 122798)
JEFFRY BUTLER (State Bar No. 180936)
MICHELLE A. BRADLEY (State Bar No. 221323)
SONNENSCHEIN NATH & ROSENTHAL LLP
2121 N. California Boulevard, Suite 800
Walnut Creek, California 94596
Telephone: (925) 949-2600
Facsimile:  (925) 949-2610

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| ANZELLA JONES, | No. C08-00458 CW |
|---|---|
| Plaintiff, | **JOINT RULE 26(f) REPORT** |
| vs. | |
| ALLSTATE INSURANCE COMPANY, | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 26(f), the parties hereby submit this written report outlining their proposed discovery plan.

### 1. **Initial Disclosures.**

The parties will serve their initial disclosures on April 23, 2008. The form and scope of the disclosures will be in accordance with Rule 26(a)(1).

### 2. **Subjects of Discovery.**

At this time, the parties anticipate the need for discovery on the following subjects:

    a. Allstate's investigation and adjustment of the Fire Claim.

    b. Plaintiff's and Allstate's communications with each other and third parties.

    c. The existence and extent of plaintiff's damages.

### 3. **Timing of Discovery.**

The parties propose that expert disclosures be completed by January 30, 2009; that rebuttal disclosures be completed by February 13, 2009; that non-expert discovery be completed by February 13, 2009; and that expert discovery be completed by March 13, 2009. The parties do not propose conducting discovery in phases.

### 4. **Limitations on Discovery.**

The parties do not propose discovery be focused on any particular issues. The parties do not propose making any changes or additions to the limitations on discovery imposed by the Federal Rules of Civil Procedure and/or the Civil Local Rules for the Northern District of California.

### 5. **Other Orders.**

At this time, the parties do not propose that the Court make any other orders.

/ / /

/ / /

/ / /

/ / /

/ / /

FILER'S ATTESTATION:

Pursuant to General Order No. 45, section X(B) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated: April 14, 2008     By: _____/s/ Michelle Bradley_____
                                        Michelle Bradley


Respectfully Submitted,

Dated: April 14, 2008     FLYNN, ROSE & PERKINS


                          By: _____/s/ Gary Rose_____
                                        Gary Rose
                          Attorney for Plaintiff
                          Anzella Jones


Dated: April 14, 2008     SONNENSCHEIN NATH & ROSENTHAL


                          By: _____/s/ Michelle Bradley_____
                                        Cynthia Mellema
                                        Michelle Bradley
                          Attorneys for Defendant
                          ALLSTATE INSURANCE COMPANY