GARY S. ROSE (CA. State Bar # 83744)
FLYNN, ROSE & PERKINS
59 North Santa Cruz Avenue, Suite Q
Los Gatos, California 95030
(408) 399-4566

Attorney for Plaintiff
ANZELLA JONES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANZELLA JONES,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>　　　　　Defendant. | Case No. C08-00458 CW<br><br>CERTIFICATE OF SERVICE |

  I am a citizen of the United States and employed in the County of Santa Clara, California. I am over the age of eighteen years and not a party to the within-entitled cause. My business address is: 59 North Santa Cruz Avenue, Suite Q, Los Gatos, California. On Thursday, April 24, 2008 I served a copy of CASE MANAGEMENT SCHEDULING ORDER FOR REASSIGNED CIVIL CASE, by placing a true copy thereof in a sealed envelope with postage thereon fully

//

//

//

//

//

CERTIFICATE OF SERVICE
Case No. C08-00458 CW
Page 1

1  prepaid in the service for United States Postal Service, at Los Gatos, California, addressed as
2  follows:

3      Michelle A. Bradley
    Attorney at Law
4      SONNENSCHEIN NATH & ROSENTHAL LLP
    2121 N. California Boulevard, Suite 800
5      Walnut Creek, CA  94596

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 24, 2008, at Los Gatos, California.

_____
Lisa L. Look