CYNTHIA MELLEMA (State Bar No. 122798)
MICHELLE A. BRADLEY (State Bar No. 221323)
SONNENSCHEIN NATH & ROSENTHAL LLP
2121 North California Blvd., Suite 800
Walnut Creek, CA 94596
Telephone: (925) 949-2600
Facsimile:  (925) 949-2610

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANZELLA JONES, | Case No. C08-00458 CW |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TAKING EARLY NEUTRAL EVALUATION OFF CALENDAR AND GRANTING ADDITIONAL TIME TO COMPLETE ADR |
| vs. | |
| ALLSTATE INSURANCE COMPANY, | |
| Defendant. | |

Plaintiff Anzella Jones and defendant Allstate Insurance Company stipulate, through their respective counsel, as follows:

1. On April 9, 2008, the parties filed a stipulation indicating their agreement to participate in early neutral evaluation.

2. The Court ordered that the early neutral evaluation be completed by July 14, 2008.

3. On June 4, 2008, Thomas HR Denver was assigned as the parties' neutral evaluator for this matter.

4. Subsequently, the parties agreed to participate in private mediation in an attempt to resolve this matter without further litigation.

5. On June 17, 2008, the parties engaged in the pre-early neutral evaluation phone conference with Mr. Denver.  They informed Mr. Denver that they planned to participate in

-1-
Case No. C08-00458 CW   STIPULATION AND [PROPOSED] ORDER TAKING
ENE OFF CALENDAR AND GRANTING
ADDITIONAL TIME TO COMPLETE ADR

private mediation. Accordingly, no early neutral evaluation session was scheduled, and Mr. Denver advised the parties to seek additional time to complete the ADR from the Court, if necessary.

5. A private mediation is scheduled before Brad A. Bening of Willoughby, Stuart & Bening, for Tuesday, August 5, 2008 at 10:00 a.m. This was the first date that all parties, counsel and the mediator were available. Therefore, the mediation will not be completed by the current ADR cut-off of July 14, 2008.

6. Accordingly, the parties agree that the early neutral evaluation be taken off calendar, that the deadline for completion of ADR be extended until August 5, 2008, and that the August 5, 2008 mediation serve to satisfy the parties' ADR obligations.

FILER'S ATTESTATION:

Pursuant to General Order No. 45, section X(B) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

DATED: June 30, 2008         By: _____*/S/ MICHELLE BRADLEY*_____
                                        MICHELLE BRADLEY

DATED: June 30, 2008         SONNENSCHEIN NATH & ROSENTHAL LLP

                             By: _____*/s/ Michelle Bradley*_____
                                        MICHELLE BRADLEY
                             Attorneys for Defendant
                             ALLSTATE INSURANCE COMPANY

DATED: June 30, 2008         FLYNN, ROSE AND PERKINS

                             By: _____*/s/ Gary Rose*_____
                                        GARY ROSE
                             Attorneys for Plaintiff
                             ANZELLA JONES

-2-

Case No. C08-00458 CW        STIPULATION AND [PROPOSED] ORDER TAKING
                             ENE OFF CALENDAR AND GRANTING
                             ADDITIONAL TIME TO COMPLETE ADR

ORDER

The parties having stipulated thereto and good cause appearing, IT IS HEREBY ORDERED:

1. The early neutral evaluation is taken off calendar,
2. The deadline for completion of ADR is extended until August 5, 2008, and
3. The August 5, 2008 mediation will serve to satisfy the parties' ADR obligations.

DATED: 7/1/08     _____
Honorable Claudia Wilken
United State District Court Judge

SONNENSCHEIN NATH & ROSENTHAL LLP
2121 NORTH CALIFORNIA BLVD., SUITE 800
WALNUT CREEK, CA 94596
(925) 949-2600

-3-

Case No. C08-00458 CW     STIPULATION AND [PROPOSED] ORDER TAKING ENE OFF CALENDAR AND GRANTING ADDITIONAL TIME TO COMPLETE ADR