GARY S. ROSE #83744
FLYNN, ROSE & PERKINS
59 North Santa Cruz Avenue, Suite Q
Los Gatos, California 95030
(408) 399-4566
Email: gsroselaw@hotmail.com

Attorneys for Plaintiff
ANZELLA JONES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANZELLA JONES, | ) | Case No. C08-00458 CW |
| Plaintiff, | ) ) ) | STIPULATION AND [PROPOSED] ORDER |
| vs. | ) ) | GRANTING ADDITIONAL TIME TO COMPLETE ADR |
| ALLSTATE INSURANCE COMPANY, | ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

Plaintiff Anzella Jones and defendant Allstate Insurance Company stipulate, through their respective counsel, as follows:

1.     On April 9, 2008, the parties filed a stipulation indicating their agreement to participate in early neutral evaluation.

2.     The Court ordered that the early neutral evaluation be completed by July 14, 2008.

3.     On June 4, 2008, Thomas HR Denver was assigned as the parties' neutral evaluator for this matter.

4.     Subsequently, the parties agreed to participate in private mediation in an attempt to resolve this matter.

5.     On July 1, 2008, the Court signed a stipulated order allowing the parties to pursue private mediation in lieu of an ENE.

6.      A private mediation was scheduled before Brad A. Bening of Willoughby, Stuart & Bening, for Tuesday, August 5, 2008, at 10:00 a.m.  This was the first date that all parties, counsel and the mediator were available.

7.      In preparing for the mediation, counsel for Plaintiff concluded that certain issues required further evaluation, such that the deposition of the handling adjuster was scheduled for August 1, 2008.  However, outstanding issues also need to be resolved regarding certain document requests, germane to the adjuster's deposition.

8.      The parties have therefore stipulated and agreed that the mediation be continued for approximately 60 days, in order that these issues can be resolved, and the mediation given its best chance of success.  They have rescheduled the mediation with Mr. Bening for Wednesday, October 8, 2008.

9.      Trial in this matter is currently set for August 10, 2009, and there is ample time to conduct discovery and prepare this matter for trial in an orderly fashion, should the rescheduled mediation prove unsuccessful.

10.     Accordingly, the parties agree and respectfully request that the deadline for completion of ADR be extended until October 8, 2008, and that the mediation serve to satisfy the parties' ADR obligations.

FILER'S ATTESTATION:

Pursuant to General Order No. 45, section X(B) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

DATED:  August 5, 2008          BY:  _____ */S/  GARY S. ROSE* _____
                                       GARY S. ROSE


DATED:  August 5, 2008          FLYNN, ROSE & PERKINS


                                By:  _____ */S/  Gary S. Rose* _____
                                       GARY S. ROSE
                                       Attorneys for Plaintiff
                                       ANZELLA JONES

STIPULATION AND [PROPOSED] ORDER GRANTING ADDITIONAL TIME TO COMPLETE ADR
Case No. C08-00458 CW
Page 2

1    DATED:  August 5, 2008          SONNENSCHEIN NATH & ROSENTHAL LLP

2

3                                    By: _____/S/  Michelle Bradley_____
                                         MICHELLE BRADLEY
4                                        Attorneys for Defendant
                                         ALLSTATE INSURANCE COMPANY
5

6                                    ORDER

7        The parties having stipulated thereto and good cause appearing, IT IS HEREBY

8    ORDERED:

9        1.    The deadline for completion of ADR is extended until October 8, 2008, and

10       3.    The October 8, 2008 mediation will serve to satisfy the parties' ADR obligations.

11

12   DATED:  _____        _____

13                                     Honorable Claudia Wilken
                                       United State District Court Judge
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28