GARY S. ROSE #83744
FLYNN, ROSE & PERKINS
59 North Santa Cruz Avenue, Suite Q
Los Gatos, California 95030
(408) 399-4566
Email: gsroselaw@hotmail.com

Attorneys for Plaintiff
ANZELLA JONES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANZELLA JONES,<br><br>    Plaintiff,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>    Defendants. | Case No. C08-00458 CW<br><br>STIPULATION AND ORDER GRANTING ADDITIONAL TIME TO COMPLETE ADR |

  Plaintiff Anzella Jones and defendant Allstate Insurance Company stipulate, through their respective counsel, as follows:

  1. On April 9, 2008, the parties filed a stipulation indicating their agreement to participate in early neutral evaluation.

  2. The Court ordered that the early neutral evaluation be completed by July 14, 2008.

  3. On June 4, 2008, Thomas HR Denver was assigned as the parties' neutral evaluator for this matter.

  4. Subsequently, the parties agreed to participate in private mediation in an attempt to resolve this matter.

  5. On July 1, 2008, the Court signed a stipulated order allowing the parties to pursue private mediation in lieu of an ENE.

6. A private mediation was scheduled before Brad A. Bening of Willoughby, Stuart & Bening, for Tuesday, August 5, 2008, at 10:00 a.m. This was the first date that all parties, counsel and the mediator were available.

7. In preparing for the mediation, counsel for Plaintiff concluded that certain issues required further evaluation, such that the deposition of the handling adjuster was scheduled for August 1, 2008. However, outstanding issues also need to be resolved regarding certain document requests, germane to the adjuster's deposition.

8. The parties have therefore stipulated and agreed that the mediation be continued for approximately 60 days, in order that these issues can be resolved, and the mediation given its best chance of success. They have rescheduled the mediation with Mr. Bening for Wednesday, October 8, 2008.

9. Trial in this matter is currently set for August 10, 2009, and there is ample time to conduct discovery and prepare this matter for trial in an orderly fashion, should the rescheduled mediation prove unsuccessful.

10. Accordingly, the parties agree and respectfully request that the deadline for completion of ADR be extended until October 8, 2008, and that the mediation serve to satisfy the parties' ADR obligations.

FILER'S ATTESTATION:

Pursuant to General Order No. 45, section X(B) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

DATED: August 5, 2008      BY: _____/S/ GARY S. ROSE_____
                                GARY S. ROSE

DATED: August 5, 2008      FLYNN, ROSE & PERKINS

                           By: _____/S/ Gary S. Rose_____
                                GARY S. ROSE
                                Attorneys for Plaintiff
                                ANZELLA JONES

DATED:  August 5, 2008            SONNENSCHEIN NATH & ROSENTHAL LLP


By: _____/S/_Michelle Bradley_____
       MICHELLE BRADLEY
       Attorneys for Defendant
       ALLSTATE INSURANCE COMPANY


### ORDER

The parties having stipulated thereto and good cause appearing, IT IS HEREBY ORDERED:

1. The deadline for completion of ADR is extended until October 8, 2008, and

3. The October 8, 2008 mediation will serve to satisfy the parties' ADR obligations.

8/11/08

DATED: _____          _____
       Honorable Claudia Wilken
       United State District Court Judge