GARY S. ROSE (Calif. State Bar 48744)
FLYNN, ROSE & PERKINS
59 North Santa Cruz Avenue, Suite Q
Los Gatos, California 95030
(408) 399-4566
E-Mail: cbperk@earthlink.net

Attorneys for Plaintiff
ANZELLA JONES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANZELLA JONES,<br><br>  Plaintiff,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY, and DOES 1 through 10, inclusive,<br><br>  Defendants. | Case No. C08-00458 CW<br><br>STIPULATION AND REQUEST FOR DISMISSAL WITH PREJUDICE, AND ~~(PROPOSED)~~ ORDER |

The parties by and through their respective counsel of record, hereby stipulate to and request an order of dismissal, with prejudice, of this action in its entirety as to all Defendants, claims, and causes of action, each party to bear its own attorney's fees and costs.

IT IS SO STIPULATED:

FILER'S ATTESTATION:

Pursuant to General Order No. 45, section X(B) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated: November 18, 2008                FLYNN, ROSE & PERKINS

                                        By_____/s/ Gary S. Rose_____
                                           Attorney for Plaintiff

Dated: November 18, 2008

SONNENSCHEIN, NATH & ROSENTHAL

By_____/s/ Cynthia L. Mellema_____
Attorney for Defendant

## ORDER

In light of the parties' stipulation, this action is hereby dismissed in its entirety, with prejudice, as to all Defendants, claims, and causes of action, each party to bear its own attorney's fees and costs.

DATE: 1121, 2008

_____
Honorable Claudia Wilken
United States District Court Judge